UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
JUL 17 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
MICHAEL J. WIGHTMAN, ) 4:24CR376 HEA/SPM
)
Defendant. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 14, 2023, within the Eastern District of Missouri,

**MICHAEL J. WIGHTMAN,**

the Defendant herein, did threaten to assault an employee of the United States Veteran's Administration, with the intent to retaliate against such official on account of the performance of official duties,

In violation of Title 18, United States Code, Sections 115(a) and 1114.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney